# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JESSICA THOMAS,**

        **Plaintiff,**     :

  v.                                       **Case No. 2:21-cv-1117**
                                                   **Judge Sarah D. Morrison**
                                                   **Magistrate Judge Kimberly A.**
**COLUMBUS CITY**                        **Jolson**
**SCHOOLS,** *et al.*,          :

        **Defendants.**

# ORDER

On March 18, 2021, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Jessica Thomas's Motion for Leave to Proceed *in Forma Pauperis* (ECF No. 1) be denied. (ECF No. 3.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Ms. Thomas's Motion (ECF No. 1) is **DENIED**. Ms. Thomas is **ORDERED** to pay the filing fee **within fourteen days** in order to proceed in this action.

      **IT IS SO ORDERED.**

                                        /s/ Sarah D. Morrison
                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**